United States Bankruptcy Court
Central District of California

In re:  
Joseph Flores Beauchamp  
      Debtor

Case No. 17-25195-VZ  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 1      Date Rcvd: Jan 03, 2018  
                      Form ID: odspb     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2018.
```
db             +Joseph Flores Beauchamp,    17800 Tramonto Drive,    Pacific Palisades, CA 90272-3135
smg             Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
cr             +Bobs LLC,    c/o Law Office of David Brownstein,    PO Box 16474,    Irvine, CA 92623-6474
38230236       +Nationstar Mortgage Seterus, Inc.,    Post Office Box 619063,    Dallas, TX 75261-9063
38230238       +Seterus, Inc.,    PO Box 1077,    Hartford, CT 06143-1077
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             EDI: EDD.COM Jan 04 2018 02:38:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Jan 04 2018 02:38:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
38230235       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 04 2018 02:41:43
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard, 5th Floor,
                 Coral Gables, FL 33146-1837
38230237        E-mail/Text: jennifer.chacon@spservicing.com Jan 04 2018 02:42:24
                 Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                                TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
                                                                                    TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2018 at the address(es) listed below:
```
              David I Brownstein    on behalf of Interested Party    Courtesy NEF david@brownsteinfirm.com
              David I Brownstein    on behalf of Creditor   Bobs LLC david@brownsteinfirm.com
              Lee M Linson    on behalf of Debtor Joseph Flores Beauchamp linsonlawyer@gmail.com,
               david@jshoffmanlaw.com
              Nancy K Curry (TR)    TrusteeECFMail@gmail.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

Form odspb−odspab/autodismi
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL FOR
# FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Joseph Flores Beauchamp

**BANKRUPTCY NO.** 2:17−bk−25195−VZ

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−2933
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 1/3/18

**Address:**
17800 Tramonto Drive
Pacific Palisades, CA 90272

It appearing that the debtor(s) in the above−captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1) The case is dismissed.

2) The automatic stay is vacated.

3) Any discharge entered in this case is vacated.

4) The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: January 3, 2018

By the Court,

**Kathleen J. Campbell**
Clerk of Court

Form odspb−odspab/autodismi Rev. 06/2017

**20 / AUT**